```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      BLUEFIELD DIVISION

ROBERT E. GRAHAM,
         Plaintiff,

v.                                CIVIL ACTION NO.: 1:10-00453

NATIONAL UNION INSURANCE CO.
OF PITTSBURGH, PA,
         Defendant.
```

## JUDGMENT ORDER

Consistent with the Memorandum Opinion and Order entered this same day, the court hereby **GRANTS** defendant's motion for summary judgment and **DENIES** plaintiff's cross-motion for summary judgment.

The Clerk is directed to forward a certified copy of this Judgment Order to all counsel of record and to remove this case from the court's docket.

It is **SO ORDERED** this 17th day of February, 2011.

                              ENTER:

                              */s/ David A. Faber*
                              David A. Faber
                              Senior United States District Judge